IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jesse Edmond, | ) | C/A No.: 1:13-3385-RBH-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| William R. Byars, Jr.; Joseph McFadden; J. Blackwell; Tamarra Ravenell; Lt. Williams; and Sgt. Mency; each in his or her individual capacity, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on June 2, 2014. [Entry #22]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on June 3, 2014, advising him of the importance of the motion for summary judgment and of the need for him to file an adequate response by July 10, 2014. [Entry #23]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted.

On August 15, 2014, the undersigned extended until September 15, 2014, Plaintiff's deadline for responding to the motion for summary judgment. [Entry #31]. Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing,

Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' motion for summary judgment by October 1, 2014. Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

September 17, 2014                          Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge